UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILD GAMING, NG, LLC, | ) | 3:05-CV-635-PMP (RAM) |
|        Plaintiff, | ) | |
| vs. | ) | <u>ORDER</u> |
| WONG INTERNATIONAL (USA) CORPORATION, | ) | |
|        Defendant. | ) | |

      In a previous Order (Doc. #74) the court granted Defendant's Motion for Attorney's Fees (Doc. #42) but ordered defense counsel to submit a revised bill subtracting out amounts billed in connection with a related state court action.

      On September 11, 2007, the Defendant submitted a revised billing in the sum of $8,464.00. That billing appears to be justified.

      IT IS HEREBY ORDERED that Defendant's Motion for Attorney's Fees (Doc. #42) is <u>GRANTED</u> in the sum of $8,464.00.

      DATED: December 11, 2007.

_____
UNITED STATES MAGISTRATE JUDGE